## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SANJIT GANGULI, as Independent Administrator of the Estates of MUKTESH MUKHERJEE, Deceased, and XIAOMO BAI, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>MALAYSIA AIRLINES BERHAD and MALAYSIAN AIRLINES SYSTEM BERHAD,<br><br>    Defendants. | Case No. 1:15-cv-11832<br><br>Hon. Harry D. Leinenweber |

### FED. R. CIV. P.  7.1 AND LOCAL RULE 3.2  STATEMENT

Defendant MALAYSIAN AIRLINE SYSTEM BERHAD (ADMINISTRATOR APPOINTED), incorrectly sued as "Malaysian Airlines System Berhad," (hereinafter "MAS"), makes the following Disclosure pursuant to Fed. R. Civ. P. ("Rule") 7.1 and Notification of Affiliates pursuant to LR 3.2: No disclosures are required because MAS is an agency or instrumentality of a foreign state – Malaysia.

Dated: March 7, 2016

            Respectfully submitted,

      By: /s/ Richard A. Walker
         Richard A. Walker – ARDC No. 6196947
         rwalker@kmalawfirm.com
         KAPLAN, MASSAMILLO & ANDREWS, LLC
         200 West Madison Street, 16th Floor
         Chicago, Illinois 60606
         (312) 345-3000 Tel.
         (312) 345-3119 Fax.

         Attorneys for Defendant
         Malaysian Airline System Berhad (Administrator Appointed)

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on March 7, 2016, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing Fed. R. Civ. P. 7.1 and Local Rule 3.2 Statement of Defendant Malaysian Airline System Berhad (Administrator Appointed) was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court.

/s/ Richard A. Walker
Richard A. Walker