UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: AIR CRASH OVER THE SOUTHERN
INDIAN OCEAN ON MARCH 8, 2014

This Document Relates To:

1:16-cv-01047-KBJ
*Ganguli v. Malaysian Airline System Berhad (Administrator Appointed)*

MDL Docket No: 2712

Misc. No. 16-1184 (KBJ)

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is STIPULATED and AGREED by and between Kevin P. Durkin, Michael S. Krzak and Clifford Law offices, P.C., counsel for the Plaintiff, SANJIT GANGULI, as Independent Administrator of the Estates of MUKTESH MUKHERJEE, Deceased, and XIAOMO BAI, Deceased, and Telly Andrews, Richard Walker and Kaplan, Massamillo & Andrews, LLC, counsel for the Defendant, Malaysian Airline System Berhad (Administrator Appointed), that this action may be dismissed on its merits, with prejudice, with each party to bear their own costs, a mutual settlement agreement having been reached. It is further STIPULATED and AGREED that this Court may make and enter its Judgment of Dismissal without further notice or hearing to any party, such hearing or notice being expressly waived. This Court retains jurisdiction of this mater to enforce settlement.

Dated: June 30, 2017

/s/Kevin P. Durkin
Kevin P. Durkin
Michael S. Krzak
Clifford Law Offices, P.C.
120 N. LaSalle Street
Suite 3100
Chicago, Illinois 60602
312-899-9090
312-251-1160 Fax
KPD@CliffordLaw.com
MSK@cliffordlaw.com

Attorney for Plaintiff SANJIT GANGULI, as Independent Administrator of the Estates of

MUKTESH MUKHERJEE and XIAOMO BAI, Deceased

/s/ Telly Andrews     (With permission)
Telly Andrews
Richard A. Walker
Kaplan, Massamillo & Andrews, LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
312-345-3000
312-345-3119 Fax
Tandrews@kmalawfirm.com
Rwalker@kmalawfirm.com

Attorney for Defendant, MALAYSIAN AIRLINE SYSTEM BERHAD (Administrator Appointed)

## CERTIFICATE OF SERVICE

    The undersigned certifies that, on June 30, 2017, pursuant to Fed. R. Civ. P. 5 and LcvR 5.3, a true and correct copy of the foregoing STIPULATION FOR DISMISSAL was filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court.

                                        /s/Kevin P. Durkin